(You must fill in this blank. See Instruction 7)

Case 6:22-cv-00069-SEH    Document 1    Filed 08/01/22    Page 1 of 11

(Full name of Plaintiff and prisoner number, if any)

Dennis Martin Friedt

AO 3015408          Plaintiff,

vs.

Montana, Supreme Court

(Full name of each defendant as listed in the Parties
section on page 5.  Do not use et. al.)

Defendants.

**COMPLAINT**

Jury Trial Demanded          ☑

Jury Trial Not Demanded          ☐

## INSTRUCTIONS

1.  Use this form to file a civil complaint with the United States District Court for the District of Montana.  Include only counts/causes of action and facts – not legal arguments or citations.  You may attach additional pages where necessary.  Your complaint must be typed or legibly handwritten in ink and on white paper.  Write on only one side of the paper.  Do not use highlighters and do not staple or otherwise bind your papers.  All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size).  You must sign the complaint (see page 8).  Your signature need not be notarized but it must be an original and not a copy.  The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available).  Please keep a copy of the documents you send to the Court.

2.  The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00.  This amount is set by Congress and cannot be changed by the Court.  If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

Plaintiff's Last Name _Friedt_

Complaint (Revised August 2013)
Page 1 of 8

<u>utte Division:</u>       *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main,
Butte, MT 59701**

<u>Great Falls Division:</u> *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin,
Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley
Counties* **(Crossroads Correctional Center is located in Toole County
and all claims arising at CCC should be filed in Great Falls)
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West,
Great Falls, MT 59404**

<u>Helena Division:</u>      *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
**(Montana State Prison is located in Powell County and all claims
arising at MSP should be filed in Helena)
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste 2100,
Helena, MT 59626**

<u>Missoula Division:</u>    *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders
Counties*
**U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537,
Missoula, MT 59807**

# COMPLAINT

## I. PLACE OF CONFINEMENT

A. Are you incarcerated?        Yes ☑        No ☐   (if No, go to Part II)

B. If yes, where are you currently incarcerated?
Montana State Prison

C. If any of the incidents giving rise to your complaint occurred in a different
facility, list that facility: No, Just Montana State Prison
A D.O.C. Sentence.

Plaintiff's Last Name ___Friedt___          *Complaint (Revised August 2013)*
                                              *Page 3 of 8*

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

In the United States District Court

For _Montana._

_Billings, Division_

_Dennis Martin Friedt_

[Enter above the full name of the plaintiff in this action.]

v.

_Montana Supreme Court_
_P.O. Box 203003_
_Helena, MT. 59620-3003_

[Enter above the full name of the defendant or defendants in this action.]

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [✗] No [ ]
   _Brown V. Gianforte Lewis & Clark County_

   B. If your answer to A is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.]

      1. Parties to this previous lawsuit

         Plaintiffs  ~~........~~ _AO'301540 8 Dennis M. Friedt_
         _700 Conley Lake Road, Deerlodge MT._

         Defendants  _Mike Mc Garth MT Supreme Court_
         _P.O. Box 203003, Helena, MT. 59620-9003_

      2. Court [if federal court, name the district; if state court, name the county]
         _Helena District Court Lewis & Clark Cty_

      3. Docket number _Pending_

      4. Name of judge to whom case was assigned _Pending_

## IV. PARTIES TO CURRENT LAWSUIT

A. Plaintiff _Dennis M. Friedt_ is a citizen of _Montana_,
(State)

presently residing at _700 Conley Lake Road._;
(Mailing address or place of confinement)

who can be contacted at _406-846-1380 Dennis Friedt@dovo.com_
(Telephone with area code and e-mail address)

B. Defendant _Chief Justice Mike McGath_ is a citizen of _Montana_,
(State)

employed as _Chief Justice_ at _MT. Supreme Court_.
(Position and Title, if any)        (Institution/Organization)

Defendant _Jim Rice_ is a citizen of _Montana_,
(State)

employed as _MT Justice_ at _MT Supreme Court_.
(Position and Title, if any)        (Institution/Organization)

Defendant _Shea_ is a citizen of _Montana_,
(State)

employed as _Justice_ at _MT. Supreme Court_.
(Position and Title, if any)        (Institution/Organization)

Defendant _Laurie McKinnon_ is a citizen of _Montana_,
(State)

employed as _Justice_ at _MT. Supreme Court_.
(Position and Title, if any)        (Institution/Organization)

Defendant _Ingrid Gustafson_ is a citizen of _Montana_,
(State)

employed as _Justice_ at _MT. Supreme Court_.
(Position and Title, if any)        (Institution/Organization)

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").

Plaintiff's Last Name _Friedt_

5. Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?] _pending Just opened it as a criminal charge._

6. Approximate date of filing lawsuit _7-28-2022_

7. Approximate date of disposition _7-15-2022_

II. Place of Present Confinement _MT. State Prison_

   A. Is there a prisoner grievance procedure in this institution?
   _Violation of Statue_        Yes [✓] No [ ] _This is not a grievance_
   _§ 46-18-201, (3)(A)(iv)(B)._    _issue._

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]
   _To. D.O.C. Brian Gootkin / Warden James Salmonson_

   C. If your answer is YES

      1. What steps did you take? _Filed § 46-18-201(3)(A)(iv)(B)._
      _§ 46-18-202(B) in the Supreme Court of Montana 7/25/2022_

      2. What was the result? _Notice to serve Yellowstone Cty Courthouse who closed DC-17-1111 and Sealed it._

   D. If your answer is NO, explain why not _N/A_

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]
   _N/A_

   F. If your answer is YES,

      1. What steps did you take? _N/A_

      2. What was the result? _N/A_

III. Parties
   [In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

   A. Name of Plaintiff _Dennis Martin Friedt_

      Address _700 Conley Lake Road, Deer lodge, MT. 59722_

[In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.]

## VI. INJURY

Describe the injuries you suffered as a result of each individual defendant's actions. (Do not cite legal arguments, cases, or statutes).

Loss of Freedom/Liberty Release from Prison violated By the supreme Court to honor our Laws, and statues § 46-18-201 (3)(A)(iv)(B) § 46-18-202 (2).

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY").

## VII. REQUEST FOR RELIEF

Describe the relief you request. (Do not cite legal arguments, cases, or statutes).

Release from Prison/compensated $2500.00 a Day for 23 months.
Protection from Local Police, profiling, stocking Friedt. Protection from P.&P. for B.S. Reasons of Revocation.
Free to continue Law degree.
Free to seek a Trial in this Fake charged conviction with a Jury of my peers and I pick the Judge

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D: REQUEST FOR RELIEF").

Plaintiff's Last Name ___Friedt___

B. Defendant Mike McGarth             is employed as chief Justice

of Montana at Montana Supreme Court

C. Additional Defendants Justices J.Rice, J.Baker, J.Gustafson
J. Sandefur, J.McKinnon, J.Shea


IV. Statement of Claim
[State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

All The Justice's Listed Denied me my Freedom
and Lyberty to be released 23 month late for
Discharging my 5 year Commitment to the D.O.C.
and the rest of my Sentence is suspended according
to M.C.A. § 46-18-201,(3)(A)(iv)(B) § 46-18-202 (2)
as to confromation in S.B. 140. Judges, Justice's are to
Follow MT. Law. The Justice's violated MT. Law.

V. Relief
[*State briefly exactly what you want the court to do for you.*] Make no legal arguments. Cite no cases or statutes.]

I want the Court to enforce The law and
Release me for fullFilling my Commitment to DOC.
of 5 years and the rest of the time on Suspended.
and for the state to pay me the 23 months I have
been doing at 2500.00 a day. And guaranteed safety from
prac't,ling a & fecking by local police & P&P officers

Signed this ___1___ day of August 2022

*Dennis M Lisall*
[Signature of Plaintiff]


I declare under penalty of perjury that the foregoing is true and correct.

Aug 1st 2022                    *Dennis M Lisall*

[Date]                         [Signature of Plaintiff]

CONTINUED LIST OF JUDICIAL BIAS. JUSTICE

JUSTICE SANDEFUR                          MONTANA

    DEFENDANT                                (STATE)

JUSTICE BAKER                             MONTANA

    DEFENDANT                                (STATE)

The list of Judges and Magistrates and 13 judicial district court Judges are
listed  for refusing to cooperate or recuse themselves from all the bias and
slander they promoted when [FRIEDT] applied for Post Conviction Relief, State
Habeas Corpus, Federal Habeas Corpus for Constitution rights protection, D.O.C.
guards refusing medical attention, Medical Malpractice, Assault, And Mistreating
prisoner.

JUDGES LISTED BELOW:                      BRIEF REASON FOR RECUSAL:

Judge Donald L. Harris                    Judicial Misconduct/Perjury

Judge Ashley Harada                       Judicial Misconduct/ Taking

                                          other Judges dockets out of

                                          her bin,along with J.Harris

Judge Brian M. Morris                     Judicial Prejudice Friend of

                                          Mike McGarth, Supreme Court CHIEF.

Dana C. Christensen                       Hobbs/ Ricco member

Donald W.Molloy                           Hobbs/ Ricco member

Timothy J. Cavan                          Hobbs/ Ricco Member

Susan P. Watters                          Hobbs/ Ricco Member

Sam E. Haddon                             Hobbs/ Ricco Member

John T. Johnston                          Hobbs Ricco  Member

JUDGES LISTED ARE IN THE NINTH CIRCUIT, THIS IS HOW FAR THE CORRUPTION GOES:

Circuit Judge                             NINTH CIRCUIT (STATE)

SIDNEY R.THOMAS                           CHIEF JUDGE (BILLINGS,MT.)

(2.)

| CIRCUIT JUDGE | STATE |
|---|---|
| WILLIAM C. CANBY JR. | SENIOR CIRCUIT JUDGE PHOENIX ARIZONA |
| JACQUELINE H. NGUYEN | CIRCUIT JUDGE PASADENA, CALIFORNIA |
| SANDRA S. IKUTA | CIRCUIT JUDGE, PASADENA, CALIFORNIA |

All these judges get involved over a simple err in the courts language before their should have ever been the illegal promotion of a Sentencing for one Dennis Martin Friedt. Chief Judge Sidney R. Thomas could of avoided all this by actually doing his Job. The Same with Donald W. Molloy or Dana C Christensen, Judge Donald L. Harris and Chief Justice Mike Mcgarth. ¶2.    In Montana you have to by the law have a "PROBABLE CAUSE HEARING" §46-15-202 procedure for taking depostions and by the Judge of the 13 Judicial Court Sealing the Record so that [FRIEDT] could prove their was never one had with FRIEDT. This is called "PLAIN ERR" IN the Appellant Rules of Procedure.  This would have ended all the accusations all the name slinging and the Good Ole Boys Club would be safe.

¶3.    Judge Donald L. Harris and Chief Judge Sidney Thomas and Chief Justice McGarth, and Senior Judge Donald W. Molloy just had to attack a Home Town Native BORN  Montana who served his State and his Country an became a drunk out of it and his State of record (MONTANA) Found it worthy to save his life and put him through "ALCOHOL" REHAB AND SAVE HIS LIFE. Then the Prison they put him into got him raped in his cell by a murder and then their Prison Guard and female Companion Refused him Medical Attention when he was having a heart attack March 30,2022, and the two of them sat there and laughed at him.  Along with 4 other men that day that needed medical attention and they were refused also. Same Sgt. and female CO. A case manager stepped in and got [FRIEDT] medical help. all over "PLAIN ERR" The reason for the Bivens Law Suit is this, Every time [FRIEDT] applies within the protection of the law, chief justice Mike Mcgarth,Jim Rice, J.Baker, J.Mckinnon and J. Sandefur, J. Gustofson, all concur that FRIEDT IS TO BE "[DENIED]". The

(3.)

STATUE [FRIEDT[ was Sentenced under is law, Our Governor Greg Gianforte brought

forward a law that would give him power over the Judges to hire and fire. With

this in mind Chief Justice McGarth recused himslef from the Supreme Court, In

"OPINION" he should have stayed gone, after all he told C.N.N. he was just in

it for the money, (His Job). Chief Justice Mike Mcgarth told [FRIEDT] he was

not entitled to aD.O.C. sentence when [FRIEDT] has discharged the required 5 years

on the § 46-18-201 (3)(A)(iv)(B) which [FRIEDT] can read and comprhend that the

Statue is the adult Statue of the D.O.C. sentence.§ 46-18-202 (2) is for any

restrictions the court may have imposed illegally according to Chief Justice

Mike McGarth in his unciteable Opinion which creates Discrimination Among inmates

sentenced under the same Statue. "[FRIEDT]" provided the Chief Justice McGarth

evidence of the Department of Corrections own Adult P&P department from the

Honest Judge who sentenced["FRIEDT"]  for his Felony "D.U.I." and saved his life.

And proved to the Court that"[FRIEDT"] was on a D.O.C. 5 year Commitment

before he was railroaded in Judge Donald L. Harris's Courtroom.

For  the fact of law, [§46-15-202] procedure for taking Depostions In the

Appelant  Rules of Procedure it is called "[PLAIN ERR]". This would have settled

every aspect of this "Abortion of our law being sold for a federal

dollars. My evidence will speak for itself, Chief Justice Mike --

McGarth is bullying [FRIEDT] in the Montana Supreme Court and with

his influence over the other Good Ole boys & Girls Club fellow

Justices he has fell into the category of Brown v. Gianforte.

weilding authority and hurting Citizens of the Great State Of Montana.

All judges who have hindered and violated the Code of Judicial --

Rule 1.2  Montana Judicial Standards, A Judge at all times["shall"]

act in a manner that promotes public confidence in the independence

integrity, and impartiality of the judiciary, and "[SHALL"] avoid

imprioriety and the appearance of impropreity.

(4.)

COMMENT:

TO compromise the independence integrity , and impartiallity of a judge UNDERMINES
PUBLIC CONFIDENCE IN THE JUDICIARY.

RULE 2.12 Disqualification. (A) a Judge["SHALL"]disqualify (recuse) himself or
herself in ANY proceeding which  the judges impartiality might be reasonablely
be questioned, including to but not limited to the following circumstances: (1)
The Judge has aa personal Bias or prejudice concern-ing a party or a party's
lawyer, or personal knowledge  of facts that are in dispute in the proceeding.
(5) The Judge: (previously presided as a Judge over the matter in another court.
Justice McGarth In [FRIEDT'S] Direct appeals DA 18-0363, Courts Excuse [FRIEDT]
did not respond to appeals. See [FRIEDT'S] Appendix A & B Certificate of Service
who was served my Anders Briefing, And who was suppose to Represent ["FRIEDT"]
during that Anders Briefing or Appellant Appeal, Chad Wright?!....
Nov 12 2019, Attorney General Abandoned me due to the Anders Briefing and he knew
their was no Probable Cause Hearing § 46-15-202.  SO the  Judge ["FRIEDT] CHOSE"S
TO ADJUDICATE over this VIVENS 42:1983 Law Suit without any reprecussions from
any of her fellow judges is Judge Ku.Desoto she and Jessica Fehr of the 13 Judicial
I am paying for this one since the Supreme Court Justice wants to play Dictator.
I exspect Legal Law out of this Judge and I will be sending a copy to the D.O.J.
This ridiculous to have to argue witha Judge that wants to violate the Judicial
Code of Conduct and Ethic's. Since the Supreme Court no longer Respects the
Montana Constitution Amendments of our State.

SINCERLY

DENNIS MARTIN FRIEDT